District Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANSAF ISMAEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, <br><br> Defendant. | Case No. 2:24-cv-00414-MJP <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> May 28, 2024 |

Plaintiffs and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until August 6, 2024. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendant to complete administrative processing and issue a decision for Plaintiff Saleh's immigrant visa application. Defendant's response to the Complaint is currently due on June 7, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until August 6, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE <br>
[Case No. 2:24-cv-00414-MJP] - 1

UNITED STATES ATTORNEY <br>
1201 Pacific Ave., Ste. 700 <br>
Tacoma, WA 98402 <br>
(253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R.
3  Civ. P. 1.
4        With additional time, this case may be resolved without the need of further judicial
5  intervention. A consular officer refused Plaintiff Saleh's immigrant visa application pursuant to
6  8 U.S.C. § 1201(g) on August 14, 2016. This case is currently undergoing administrative
7  processing which may result in a consular officer readjudicating Plaintiff Saleh's immigrant
8  visa application. Recently, the U.S. Embassy in Bagdad, Iraq, requested additional
9  documentation from Plaintiff. Plaintiff anticipates submitting the documents shortly. Once
10 those documents are submitted, additional time is necessary for the consular officer to review
11 the documents and for any additional security checks to be conducted.
12       As additional time is necessary for this to occur, the parties request that the Court hold
13 the case in abeyance until August 6, 2024.
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 28th day of May, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | DAVID STRASHNOY LAW, PC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax: (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Kristina David*<br>KRISTINA DAVID*, CA# 346347<br>1901 Avenue of the Stars, Suite 200<br>Los Angeles, California 90067<br>Phone: (818) 646-7350<br>Email: kristina@strashnoylaw.com<br>*PHV |
| *Attorneys for Defendant* | GIBBS HOUSTON PAUW |
| **I certify that this memorandum contains 300 words, in compliance with the Local Civil Rules.** | *s/ Adam Boyd*<br>ADAM BOYD, WSBA# 49849<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email: adam.boyd@ghp-law.net<br><br>*Attorneys for Plaintiffs* |

**ORDER**

The case is held in abeyance until August 6, 2024.  The parties shall submit a status update on or before August 6, 2024.  It is so **ORDERED**.

DATED this 29th day of May, 2024.

MARSHA J. PECHMAN
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800