District Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANSAF ISMAEL, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ANTONY J. BLINKEN,<br><br>　　　　　　　　　Defendant. | Case No. 2:24-cv-00414-MJP<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>July 24, 2024 |

Plaintiffs and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through October 7, 2024. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendant to complete administrative processing and issue a decision for Plaintiff Saleh's immigrant visa application. This case is currently stayed through August 6, 2024. Dkt. No. 8. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until October 7, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.

4      With additional time, this case may be resolved without the need of further judicial
5  intervention. This case is currently undergoing administrative processing which may result in a
6  consular officer readjudicating Plaintiff Saleh's immigrant visa application. Plaintiff provided
7  the U.S. Embassy in Bagdad, Iraq, with additional documentation pursuant to the Embassy's
8  request. However, Plaintiff will be unable to provide the required medical examination until it is
9  complete, which is anticipated within the next five or six weeks. Once Plaintiff submits all
10 requested documents, additional time is necessary for the consular officer to review the
11 documents and for any additional security checks to be conducted.

12     As additional time is necessary for this to occur, the parties request that the Court hold the
13 case in abeyance until October 7, 2024.

14 //
15 //
16 ///
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 24th day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | DAVID STRASHNOY LAW, PC |
| TESSA M. GORMAN<br>United States Attorney | *s/ Kristina David*<br>KRISTINA DAVID, CA #346347*<br>1901 Avenue of the Stars, Suite 200<br>Los Angeles, California 90067<br>Phone: (818) 646-7350<br>Email: kristina@strashnoylaw.com<br>*PHV |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826 | |
| (253) 428-38<br>Email: michelle.lambert@usdoj.gov | GIBBS HOUSTON PAUW<br>*s/ Adam Boyd*<br>ADAM BOYD, WSBA #49849<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email: adam.boyd@ghp-law.net |
| *Attorneys for Defendant* | |
| **I certify that this memorandum contains 307 words, in compliance with the Local Civil Rules.** | *Attorneys for Plaintiffs* |

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

## ~~[PROPOSED]~~ ORDER

The case is held in abeyance until October 7, 2024.  The parties shall submit a status update on or before October 7, 2024.  It is so **ORDERED**.

DATED this 24th day of July, 2024.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800