District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANSAF ISMAEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, <br><br> Defendant. | Case No. 2:24-cv-00414-MJP <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: September 30, 2024 |

Plaintiffs and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through November 6, 2024. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendant to complete administrative processing and issue a decision for Plaintiff Saleh's immigrant visa application. This case is currently stayed through October 7, 2024. Dkt. No. 10. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until November 6, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.
4      With additional time, this case may be resolved without the need of further judicial
5  intervention.  This case is currently undergoing administrative processing which may result in a
6  consular officer readjudicating Plaintiff Saleh's immigrant visa application.  Plaintiff is in the
7  process of responding to a request for information from the U.S. Embassy in Baghdad, Iraq.
8  Once Plaintiff submits all requested documents, additional time is necessary for the consular
9  officer to review the documents and for any additional security checks to be conducted.
10      As additional time is necessary for this to occur, the parties request that the Court hold
11 the case in abeyance until November 6, 2024.
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED on this 30th day of September, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | DAVID STRASHNOY LAW, PC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Kristina David*<br>KRISTINA DAVID*, CA #346347<br>1901 Avenue of the Stars, Suite 200<br>Los Angeles, California 90067<br>Phone: (818) 646-7350<br>Email:  kristina@strashnoylaw.com<br>*PHV |
| *Attorneys for Defendants* | GIBBS HOUSTON PAUW |
| *I certify that this memorandum contains 285 words, in compliance with the Local Civil Rules.* | *s/ Adam Boyd*<br>ADAM BOYD, WSBA #49849<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email:  adam.boyd@ghp-law.net |
| | *Attorneys for Plaintiffs* |

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED]** **ORDER**

The case is held in abeyance until November 6, 2024.  The parties shall submit a joint status report on or before November 6, 2024.  It is so **ORDERED**.

DATED this 1st day of October, 2024.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00414-MJP] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800